ANNA M. PASSERA, Respondent, v. LUIGI PASSERA, Appellant.— Motion for

reargument of motion to dismiss appeal granted; and on reargument, it appearing that plaintiff has obtained an award of alimony in a pending separation action, the provision requiring security pending the appeal herein is canceled. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ. Settle order on notice.